Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**RICHARD L. FOUTS,**

        Plaintiff,

vs.

**JO ANNE B. BARNHART**,
Commissioner of Social Security
Administration,

        Defendant.

Civil No. 04-6434-TC

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

    After considering Plaintiff's Motion for Approval, and that counsel for Defendant having no objection, Order is hereby granted in the sum of $12,220.00 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). Counsel shall refund the lesser of this or the EAJA fee awarded herein to Plaintiff. There are no other costs.

    IT IS SO ORDERED this day of _____8/3_____, 2006

_____
U.S. District Judge

PRESENTED BY:

By: _____
Drew L. Johnson, OSB #75200
Of Attorneys for Plaintiff

1 - ORDER